[No. 12410–6–II.  Division Two.  March 19, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. TOM CLAY LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 85–1–00363–2, Thomas L. Lodge, J., entered November 18, 1988. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.